IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**GOLDEN GLOW TANNING SALON, INC.** **PLAINTIFF**

**v.** **CAUSE NO. 1:20-CV-103-GHD-DAS**

**CITY OF COLUMBUS, MISSISSIPPI** **DEFENDANT**

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) the Defendant's Motion for Summary Judgment [26] is GRANTED,

(2) the Plaintiffs' claims alleging violations of the Fourth, Fifth, and Fourteen Amendments of the United States Constitution, as well as their claims under the Mississippi Constitution, [1] are DISMISSED WITH PREJUDICE, and

(3) this case is CLOSED.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the 9th day of November, 2021.

_____
SENIOR U.S. DISTRICT JUDGE